USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA              :
                                       :
            -against-                  :       19-CR-862 (VEC)
                                       :
                                       :       ORDER
CARMELO VELEZ et al.,                  :
                                       :
                         Defendants.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference in this matter is currently scheduled for Thursday, June 10, 2021, at 3:00 P.M., Dkt. 295;

WHEREAS the Metropolitan Detention Center is requiring inmates to quarantine upon return from in-Court proceedings; and

WHEREAS Essex County Correctional Facility is not requiring inmates to quarantine upon return from in-Court proceedings;

IT IS HEREBY ORDERED that the status conference is rescheduled as follows:

1. The status conference with Defendant Emmanuel Bonafe is adjourned to **Tuesday, June 22, 2021 at 9:00 A.M.** The conference will be held remotely via video conference using the CourtCall platform or, if the Court is unable to schedule the conference via video conference for that day, via a teleconference. An Order with additional details about the CourtCall platform (or call in number) will be posted a few days before the conference. Mr. Bonafe must either notify the Court that he does not consent to appearing by way of video or teleconference or file a waiver of in person appearance by no later than **Tuesday, June 15, 2021**.

2. The status conference with Defendant Hector Bonaparte is adjourned to **Tuesday, June 22, 2021 at 11:00 A.M.** The conference will be held remotely via video conference

using the CourtCall platform or, if the Court is unable to schedule the conference via video conference for that day, via a teleconference. An Order with additional details about the CourtCall platform (or call in number) will be posted a few days before the conference. Mr. Bonaparte must either notify the Court that he does not consent to appearing by way of video or teleconference or file a waiver of in person appearance by no later than **Tuesday, June 15, 2021**.

3. The status conference with Defendants Luis Sepulveda, Raimundo Nieves, and Ezequiel Ospina is adjourned to **Thursday, July 1, 2021 at 11:00 A.M.** The conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. By no later than **Friday, June 25, 2021**, Mr. Sepulveda or Mr. Nieves may request that the proceeding occur via video conference. The Court is unlikely to grant such a request without a showing of good cause; the Metropolitan Detention Center's quarantine requirement on its own does not constitute good cause.

4. The status conference with Defendant Mark Woods is adjourned to **Tuesday, July 6, 2021 at 11:00 A.M.** The conference will be held remotely via video conference using the CourtCall platform or, if the Court is unable to schedule the conference via video conference for that day, via a teleconference. An Order with additional details about the CourtCall platform (or call in number) will be posted a few days before the conference. Mr. Woods must either notify the Court that he does not consent to appearing by way of video or teleconference or file a waiver of in person appearance by no later than **Friday, June 25, 2021**. Mr. Woods and the Government must file a joint update, including on the status of discovery, by no later than **Friday, June 25, 2021**.

5. The status conference with Defendants Ricardo Ricuarte, Raul Cuello, and Paul Cuello is adjourned to **Thursday, July 8, 2021 at 2:00 P.M.** The conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. Those Defendants and the Government must file a joint update, including on the status of discovery, by no later than **Friday, July 2, 2021**.

6. The status conference with Defendants Diego Mateo, Jupanky Pimentel, and William Gonzalez is adjourned to **Tuesday, July 13, 2021 at 10:00 A.M.** The conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. Those Defendants and the Government must file a joint update, including on the status of discovery, by no later than **Friday, July 2, 2021**.

IT IS FURTHER ORDERED that time is excluded under the Speedy Trial Act through the date of the status conference for each Defendant. Given Defendants' interests in reviewing the complex and voluminous discovery in this matter, considering pretrial motions, and negotiating potential dispositions, all of which have been complicated and delayed by the COVID-19 pandemic, the Court finds that the ends of justice in accommodating those delays outweigh the Defendants' and the public's interests in a speedy trial, and that exclusion of time between now and the next status conference is warranted pursuant to 18 U.S.C. § 3161(h)(7).

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the enclosed instructions. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact chambers promptly if you or your client do not meet the requirements.

IT IS FURTHER ORDERED that any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

IT IS FURTHER ORDERED that interested members of the public may attend any of the in person conferences by dialing 1-888-363-4749, using the access code 3121171 and the security code 0862. All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

**Dated: June 8, 2021**
    **New York, NY**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　**United States District Judge**