USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA            :
                                    :
            -against-               :       19-CR-862 (VEC)
                                    :
                                    :       ORDER
CARMELO VELEZ et al.,               :
                                    :
                        Defendants. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS the Court has received conflicting information concerning whether Essex County Correctional Facility is requiring inmates to quarantine upon return from in-Court proceedings;

   WHEREAS Defense counsel for Defendants Diego Mateo, Raul Cuello, and William Gonzalez report that Defendants are required to re-quarantine at Essex upon return from in-Court proceedings, Dkts. 398, 400, 401; and

   WHEREAS the Court has scheduled in person Court proceedings on July 8, 2021 and July 13, 2021 for six Defendants in this matter who are currently incarcerated at Essex, Dkt. 401;

   IT IS HEREBY ORDERED that by no later than **Friday, June 25, 2021**, the Government must inform the Court whether Essex is requiring that inmates quarantine upon return from in-Court proceedings.  If Essex does have such a quarantine requirement, the Court will provide Defendants incarcerated there with the opportunity to request that the upcoming conferences occur via video or teleconference.  The Court is unlikely to grant such a request without a showing of good cause; the quarantine requirement on its own does not constitute good cause.

   The Clerk of Court is respectfully directed to close the open motions at docket entries 396, 398, 400, and 401.

**SO ORDERED.**

**Dated: June 9, 2021**
      **New York, NY**

                                              **VALERIE CAPRONI**
                                              **United States District Judge**