USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA

-against-

CARMELO VELEZ et al.,

                Defendant.
------------------------------------------------------------ X

19-CR-862 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on July 6, 2021, Defendant Mark Woods and the Government appeared for a video status conference;

      WHEREAS due to technological difficulties, the Metropolitan Detention Center ("MDC") was unable to log Mr. Woods on to the video conference; and

      WHEREAS Defense counsel waived Mr. Woods' appearance at the status conference;

      IT IS HEREBY ORDERED that the Government must propose new trial groupings by no later than **Friday, July 23, 2021**. Any objections by any Defendant to the proposed trial groupings are due no later than **Friday, July 30, 2021**.

      IT IS FURTHER ORDERED that pretrial motions in this matter are due no later than **Wednesday, September 22, 2021**, responses in opposition are due no later than **Wednesday, October 20, 2021**, and replies in support of the motions are due no later than **Wednesday, October 27, 2021**. If a hearing is required, the date will be set after briefing is complete. The Court plans to schedule a trial in this matter for the first quarter of 2022. Once the Court has confirmed a trial date, the Court will enter a briefing schedule for motions *in limine*, requests to charge, and proposed *voir dire* questions.

**SO ORDERED.**

Dated: July 7, 2021
      New York, NY

                                                        **VALERIE CAPRONI**
                                                        **United States District Judge**