USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA        :
                                :   19-CR-862 (VEC)
        -against-               :
                                :   ORDER
CARMELO VELEZ et al.,           :
                                :
                Defendant.      :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court is scheduled to sentence several Defendants in this matter in the coming weeks and months;

IT IS HEREBY ORDERED that by no later than **Friday, August 13, 2021**, the Government must file a letter detailing the relative culpability of all the Defendants in this matter. Defense counsel may include any responses to the Government's letter in their respective pre-sentencing submissions.

**SO ORDERED.**

**Dated: July 27, 2021**
    **New York, NY**                      _____
                                          **VALERIE CAPRONI**
                                          **United States District Judge**