# ADAMS & COMMISSIONG LLP

### ATTORNEYS AT LAW

| | |
|---|---|
| 65 Broadway Suite 715<br>New York, NY 10006<br>Tel: 212-430-6590<br>Fax: 212-981-3305 | Martin E. Adams<br>Karloff C. Commissiong<br>Admitted to Practice in New York<br>www.amcmlaw.com |

January 21, 2022

**VIA E.C.F.**

Hon. Valerie E. Caproni
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/2022

**MEMO ENDORSED**

Re: <u>United States v. Diego Mateo,</u> 18 Cr. 862 (VEC) – Motions in limine

Dear Judge Caproni:

We respectfully request an additional week to file any motions in limine in this matter. We have reached out to the government to determine their position on this request but have not heard from them. Additional time is necessary to discuss potential issues related to motions in limine with Mr. Mateo. Essex County Correctional Facility has shuttered attorney-client visitation since the Christmas Holiday, due to the spread of Omicron, the new COVID-19 variant. The current lockdown has interfered with counsels' ability to confer with Mr. Mateo regarding motions in limine. While video and telephone consultation are available, these methods limit counsels' ability to effectively discuss matters related to filing motions in limine. Accordingly, we request an additional week to file any motions in limine in this matter.

Respectfully Submitted,

*/s/ Karloff C. Commissiong*

Karloff C. Commissiong, Esq.

---

Application GRANTED.

SO ORDERED.

*/s/ Valerie Caproni*

Date: January 24, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE