

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/14/2022

52 Duane Street – 7th Floor – New York, New York 10007
Office: 212-235-5494 • Cell: 917-533-5965 • Email: Emacedonio@Yahoo.com

March 14, 2022

**Electronically Filed**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

                Re:  Re: <u>United States v. Carmelo Velez et al</u>.,
                     19 Cr. 862 (VEC)

Dear Judge Caproni:

     I represent Diego Mateo in the above referenced matter. With the consent of the Government, I write to respectfully request that the sentence in this case be adjourned for a two-month period and that the Probation Department be given additional time to prepare the Presentence Report.

     The within request is made as I am currently preparing for trial and thus do not have time required to meet with Mr. Mateo to prepare him for the Presentence Interview and then be present for the Interview. The same is true of my co-counsel. I believe it is imperative both that Mr. Mateo be prepared for the interview and that counsel be present.

     As the Probation Department is given deadlines to meet in the preparation of the Presentence Report, we ask that those deadlines be extended and that the sentence be put over to allow counsel sufficient time to prepare.

     I thank your Honor for her consideration.

                                         Respectfully submitted,

                                         *Elizabeth E. Macedonio*

                                         Elizabeth E. Macedonio
                                         *Counsel for Defendant Diego Mateo*

All Parties Via ECF

Application GRANTED.

Mr. Mateo's sentencing, currently scheduled for Monday, June 13, 2022 at 10:30 A.M., is adjourned to **Monday, August 8, 2022 at 11:00 A.M.**  Sentencing submissions are due no later than **Monday, July 25, 2022**.  Probation's deadline to prepare the Presentence Report is adjourned in accordance with the new sentencing date.

SO ORDERED.

Date: March 14, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE