# ADAMS & COMMISSIONG LLP

### ATTORNEYS AT LAW

65 BROADWAY SUITE 715  
NEW YORK, NY 10006  
TEL: 212-430-6590  
FAX: 212-981-3305

MARTIN E. ADAMS  
KARLOFF C. COMMISSIONG  
ADMITTED TO PRACTICE IN NEW YORK  
WWW.AMCMLAW.COM

July 20, 2022

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 07/20/2022

**MEMO ENDORSED**

**VIA ECF**

Hon. Valerie E. Caproni  
United States District Court Judge  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, NY 10007

Re: <u>United States v. Diego Mateo,</u> 19 Cr. 862 (VEC) – Adjournment of Sentencing

Dear Judge Caproni:

Elizabeth Macedonio, Lauren DiChiara and I represent Mr. Diego Mateo. Sentencing in this matter is scheduled for August 8, 2022. With no objection from the government, we respectfully request that the Court adjourn sentencing to the end of October. This is the first request for an adjournment of sentencing. The additional time will allow counsels to obtain all the necessary mitigation with respect to Mr. Mateo's history and background for submission in our sentencing letter. Further, the additional time will allow for scheduling of Mr. Mateo's Pre-sentencing Interview and subsequent preparation of a Report.

Accordingly, we request an adjournment of sentencing in this matter, to the end of October.

Respectfully Submitted,

*/s/ Karloff C. Commissiong*

Karloff C. Commissiong, Esq.

Cc:   AUSA Adam Hobson (via ECF and Electronic Mail)

---

Application GRANTED. The sentencing hearing in this matter is rescheduled until **Tuesday, October 25, 2022 at 11:00 a.m.** The parties' sentencing submissions must be filed no later than **Tuesday, October 11, 2022.**

SO ORDERED.

*/s/ Valerie Caproni*   07/20/2022

HON. VALERIE CAPRONI  
UNITED STATES DISTRICT JUDGE