```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2023
```



The Law Office of
**Elizabeth E. Macedonio**

52 Duane Street – 7th Floor – New York, New York 10007
Office: 212-235-5494 • Cell: 917-533-5965 • Email: Emacedonio@Yahoo.com

January 20, 2023

**Electronically Filed**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:  Re: <u>United States v. Carmelo Velez et al</u>.,
19 Cr. 862 (VEC)

Dear Judge Caproni:

    I represent Diego Mateo in the above referenced matter. With the consent of the Government, I write to respectfully request that the sentence in this case be adjourned for a six-week period. This request is made as counsel recently received the Presentence Report and additional time is needed to review the Report with Mr. Mateo and to draft a sentence submission for the Court's consideration.

    I thank your Honor for her consideration.

Respectfully submitted,

*Elizabeth E. Macedonio*

Elizabeth E. Macedonio
*Counsel for Defendant Diego Mateo*

All Parties Via ECF

> Application GRANTED.  The sentencing hearing in this matter is adjourned until **Friday, March 3, 2023, at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  The parties' pre-sentencing submissions are due on **Friday, February 17, 2023**.
>
> SO ORDERED.
>
> *[signature]*  1/20/2023
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE