USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/27/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
   UNITED STATES OF AMERICA              :

                                              :        19-CR-862 (VEC)
           -against-                   :

                                              :        <u>ORDER</u>
   DIEGO MATEO,                             :

                                  Defendant.  :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       The parties are scheduled to appear for a sentencing hearing in this matter on **Friday, March 31, 2023 at 10:30 A.M.** Please be advised that the Court is considering imposing a sentence that would constitute an upward variance from the applicable guideline range.

       The Government is ordered to submit a letter by **noon on Thursday, March 30, 2023**, providing further details regarding the facts underlying Mr. Mateo's conviction in *United States v. DeJesus et al.*, 98-CR-396.

**SO ORDERED.**

**Date: March 27, 2023**
       **New York, NY**

                                                        **VALERIE CAPRONI**
                                                    **United States District Judge**