# ADAMS & COMMISSIONG LLP

### ATTORNEYS AT LAW

65 BROADWAY SUITE 1603  
NEW YORK, NY 10006  
TEL: 212-430-6590  
FAX: 212-981-3305

MARTIN E. ADAMS  
KARLOFF C. COMMISSIONG  
ADMITTED TO PRACTICE IN NEW YORK  
WWW.AMCMLAW.COM

May 10, 2023

**VIA E.C.F. AND ELECTRONIC MAIL**

Hon. Valerie E. Caproni  
United States District Court Judge  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 05/10/2023

**MEMO ENDORSED**

Re: <u>United States v. Diego Mateo,</u> 19 Cr. 862 (VEC) – Request for a <u>Fatico</u> Hearing

Dear Judge Caproni:

We write to inform the Court that we request a <u>Fatico</u> Hearing in this matter.

Respectfully Submitted,

/s/

Karloff C. Commissiong, Esq.  
Elizabeth Macedonio, Esq.  
Lauren DiChiara, Esq.

Cc: A.U.S.A. Adam Hobson (via ECF and Electronic Mail)  
     A.U.S.A. David Robles (via ECF and Electronic Mail)  
     A.U.S.A. Elinor Tarlow (via ECF and Electronic Mail)  
     A.U.S.A. Patrick Moroney (via ECF and Electronic Mail)

---

The sentencing hearing scheduled for Friday, May 12, 2023, at 10:45 A.M. is adjourned *sine die*. By **May 11, 2023**, Mr. Mateo must file a letter identifying the particular statements in the Government's sentencing submissions that he is contesting are untrue.

The parties must submit a letter, no later than **May 15, 2023**, jointly proposing three dates for a *Fatico* hearing before the end of June 2023 and setting forth the anticipated length of the hearing and any witnesses the parties intend to call. The parties are advised that the Court is unavailable from June 5, 2023 through June 22, 2023. SO ORDERED.

*[signature]* 05/10/2023

HON. VALERIE CAPRONI  
UNITED STATES DISTRICT JUDGE