**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/7/2025

UNITED STATES OF AMERICA

v.

Diego Mateo
Write your full name here.

Case No. S5 19-CR-862 (vec)
(Write the number of your criminal case here.)

**MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(2)**
*(Amendment #821 – Criminal History)*

(*Pro Se* Prisoner)

Use this form to request a reduction of your sentence pursuant to 18 U.S.C. § 3582(c)(2) under the terms of Amendment 821 to the United States Sentencing Guidelines ("Amendment 821"). To receive a sentence reduction under Amendment 821, the court must make two decisions about your case, as described below.

**FIRST:**

The court must decide whether you are eligible for a reduction under Amendment 821. Amendment 821 has two separate parts: **Part A** (§ 4A1.1 Criminal History Category) and **Part B** (§ 4C1.1 Adjustment for Certain Zero-Point Offenders). Pages 2 and 3 of the Attachment to this form explains Parts A and B in greater detail. Please review them before completing this part of the form.

A sentence reduction is possible under either or both Parts A and B. Below, please indicate which Part(s) of Amendment 821 applies to you, and provide any information to support your eligibility.

**Part A (§ 4A1.1 Criminal History Category)**

When you were sentenced, did you receive criminal history points because you committed the offense "while under any criminal justice sentence, including probation, parole, supervised release, imprisonment, work release, or escape status"?

☐ Yes ☑ No

If yes, please explain why you qualify for relief under **Part A**:

_____
_____
_____
_____

**Part B (§ 4C1.1 Adjustment for Certain Zero-Point Offenders)**

When you were sentenced, did you receive no criminal history points?

☐ Yes  ☑ No

If yes, please explain why you qualify for relief under **Part B**:

_____
_____
_____
_____

**SECOND:**

If the court decides you are eligible for relief under either Part A or Part B of Amendment 821, the court must then decide whether to reduce your sentence by considering the factors set forth on page 4 of the Attachment to this form. Please review that page before completing this part of the form. Please explain why the court should reduce your sentence after considering these factors. You may attach additional pages to this form as necessary.

The Court should modify my sentence according to the factors because:

_____
_____
_____
_____
_____
_____
_____
_____

I declare under penalty of perjury that the foregoing is true and correct.

06/24/25                              D. Mateo
Date                                  Signature

| Name (print) | Diego Mateo |
|---|---|
| Bureau of Prisons Register # | 42271-509 |
| Bureau of Prisons Facility | Federal Medical Center Devens |
| Facility Address | P.O. Box - Ayer, MA, 01432 |

Application DENIED. Although Mr. Mateo was a zero-point offender, he does not qualify for a sentencing reduction pursuant to Amendment 821 because he possessed a dangerous weapon in connection with the offense and received an Aggravating Role enhancement pursuant to U.S.S.G. § 3B1.1. *See* June 1, 2023, Transcript, Dkt. 1027, at 5:16–20; U.S.S.G. § 4C1.1(a)(7), (10).

The Clerk of the Court is respectfully directed to mail a copy of this order to Mr. Mateo.

SO ORDERED.

*Valerie Caproni*

7/7/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE