UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIEGO MATEO,

                        Movant,

            -against-

UNITED STATES OF AMERICA,

                        Respondent.

26-CV-0782 (VEC)

19-CR-0862 (VEC)

ORDER TO ANSWER, 28 U.S.C. § 2255

VALERIE CAPRONI, United States District Judge:

WHEREAS Mr. Mateo moved, pursuant to 28 U.S.C. § 2255, to vacate, set aside, or correct his sentence; and

WHEREAS the Court finds that the motion should not be dismissed summarily as being without merit.

IT IS HEREBY ORDERED that the Government must respond to Mr. Mateo's motion not later than **Friday, April 10, 2026**.  Mr. Mateo's reply, if any, must be filed not later than **Monday, May 11, 2026**.  The Clerk of Court is respectfully directed to notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued, and to mail a copy of this order to Mr. Mateo.

IT IS FURTHER ORDERED that all further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

**SO ORDERED.**

**Dated:    February 10, 2026**
**         New York, New York**

_____
            **VALERIE CAPRONI**
        **United States District Judge**